UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CYNTHIA JAMES,
AS ADMINISTRATOR

CIVIL ACTION: 17-00086-SRU

VS.

UNITED STATES OF AMERICA

MARCH 21, 2017

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the F.R.C.P., the plaintiff gives notice of the voluntary dismissal of her claim. This dismissal is done, after consultation with the U.S. Attorney's Office, and without prejudice to file the appropriate FTCA administrative claim within 60 days of this dismissal.

The Plaintiff

By /s/Michael A. Stratton ct08166
Michael A. Stratton
33 King Street
Stratford, CT 06516
203.266.1300
mike@strattontrial.com

### CERTIFICATION

A copy of this notice was sent electronically to all parties of record.

/s/Michael A.Stratton ct08166